STATE EX REL. CITY OF NEW PRAGUE AND ANOTHER v. COUNTY OF LE SUEUR AND OTHERS.[1]

July 5, 1935.

No. 30,419.

*Clarence O. Fehling,* City Attorney, and *Arthur J. Phil Jelinek,* for appellants (relators below).

*George T. Havel,* County Attorney, and *Gallagher, Madden & Gallagher,* for respondents.

PER CURIAM.

This case was argued and submitted with the companion case of the same parties appellants against Scott county and its auditor and treasurer. The decision in the Scott county case, State ex rel. City of New Prague v. County of Scott, 195 Minn. 111, 261 N. W. 863, filed herewith, controls this case and is here followed and applied.

The judgment appealed from is affirmed.

[1]Reported in 261 N. W. 866.